UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FIDELITY AND DEPOSIT COMPANY OF,
MARYLAND, in its own right and as subrogee
and assignee of various obliges and claimants,

        Case No. 04-72643

        Plaintiff,                  Honorable Lawrence P. Zatkoff

vs.

A-MAC SALES & BUILDERS COMPANY, a
Michigan corporation, ANDREW G. McLEMORE,
individually, and ANDREW G. McLEMORE, as
Personal Representative of the ESTATE OF
DOROTHY McLEMORE,

        Defendants,

and

A-MAC SALES & BUILDERS COMPANY, a
Michigan corporation,

        Third-Party Plaintiff,

vs.

THE CITY OF DETROIT HOUSING
COMMISSION, a Municipal corporation,

        Third-Party Defendant.

_____/

## JUDGMENT

This matter having come before the Court on a complaint filed by Plaintiff, United

States District Judge LAWRENCE P. ZATKOFF presiding, and pursuant to the Opinion

and Order entered on December 14, 2006,

**IT IS ORDERED** that Plaintiff is hereby awarded:

1.      $610,947.78 pursuant to the Payment Bond;

2.      $180,713.00 pursuant to the Performance Bond;

3.      Attorney fees and expenses in the amount of $76,659.08;

4.      Consultant fees and expenses in the amount of $115,294.76;

5.      Pre-judgment interest from July 16, 2004, up to and including the day prior to the date of this Opinion and Order, at the rate provided by, M.C.L.A. §600.6013 on $945,888.82, which consists of: (a) the amounts due under the Payment Bond and the Performance Bond, as well as for consultant fees and expenses, as detailed above, and (b) $38,933.28 in attorney fees and expenses invoiced to Plaintiff for services provided between July 2000 and June 2003; and

6.      Post-judgment interest commencing on the date of this Opinion and Order at the rate provided by 28 U.S.C. §1961, on $983,614.62, which consists of: (a) the amounts due under the Payment Bond and the Performance Bond, as well as for consultant fees and expenses, as detailed above, and (b) $76,659.08 for attorney fees and expenses.

Dated at Port Huron, Michigan on December _14, 2006

DAVID J. WEAVER
CLERK OF THE COURT

By:   s/Marie E. Verlinde
                Deputy Clerk

APPROVED:

s/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

S:\Zatkoff\Marie ECF\fidelity.wpd