# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

FIDELITY AND DEPOSIT COMPANY OF,
MARYLAND,    USDC Case No. 04-72643

        Plaintiff,    Honorable Lawrence P. Zatkoff

            Magistrate R. Steven Whalen

vs.

A-MAC SALES & BUILDERS COMPANY, a
Michigan corporation, ANDREW G. McLEMORE and
DOROTHY McLEMORE, individually,

        Defendants,

and

A-MAC SALES & BUILDERS COMPANY, a
Michigan corporation,

        Third-Party Plaintiff,

vs.

THE CITY OF DETROIT HOUSING
COMMISSION, a Municipal corporation,

        Third-Party Defendant.

_____/

| | |
|---|---|
| Mark M. Cunningham (P38408) | Steven A. Wright   (P56970) |
| KERR, RUSSELL AND WEBER, PLC | STEVEN A. WRIGHT, P.C. |
| Attorneys for Plaintiff | 13854 Simone Drive |
| 500 Woodward Avenue, Suite 2500 | Shelby Township, MI 48315 |
| Detroit, MI 48226 | Attorney for Defendants and Third- |
| (313) 961-0200 | Party Plaintiff |
| | (586)532-8560 |

Hurticene Hardaway(P25552)
Angela Williams(P35157)
DETROIT HOUSING COMMISSION
Attorneys for Third-Party Defendant
1301 E. Jefferson Ave.
Detroit, MI 48207
313-877-8774

_____/

## STIPULATION AND ORDER OF DISMISSAL AS TO CITY OF DETROIT HOUSING COMMISSION

       Third Party Plaintiff A-MAC SALES & BUILDERS COMPANY, a Michigan corporation, and Third Party Defendant Detroit Housing Commission, stipulate to a dismissal of the above cause of action against the Detroit Housing Commission with prejudice.

A-MAC SALES & BUILDERS COMPANY,

    /s/   *Seven A. Wright*
By_____
   Steven A. Wright (56970)
   Attorney for Third Party Plaintiff
   13854 Simone Drive,
   Shelby Township, Michigan 48315
   (586)532-8560
   steve@sawpc.com

DETROIT HOUSING COMMISSION

    /s/ *Angela Williams*
By_____
  Angela Williams(P35157)
  Attorney for Third-Party Defendant
  DETROIT HOUSING COMMISSION
  1301 E. Jefferson Ave.
  Detroit, MI 48207
  313-877-8774
  Williamsa@dhcmi.org

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FIDELITY AND DEPOSIT COMPANY OF,
MARYLAND,                                                              USDC Case No. 04-72643
        Plaintiff,                                                    Honorable Lawrence P. Zatkoff
                                                                            Magistrate R. Steven Whalen

vs.

A-MAC SALES & BUILDERS COMPANY, a
Michigan corporation, ANDREW G. McLEMORE and
DOROTHY McLEMORE, individually,

        Defendants,
and

A-MAC SALES & BUILDERS COMPANY, a
Michigan corporation,

        Third-Party Plaintiff,

vs.

THE CITY OF DETROIT HOUSING
COMMISSION, a Municipal corporation,

        Third-Party Defendant.
_____/

| | |
|---|---|
| Mark M. Cunningham (P38408) | Steven A. Wright   (P56970) |
| KERR, RUSSELL AND WEBER, PLC | STEVEN A. WRIGHT, P.C. |
| Attorneys for Plaintiff | 13957 Hall Road, Suite 325 |
| 500 Woodward Avenue, Suite 2500 | Shelby Township, MI 48315 |
| Detroit, MI 48226 | Attorney for Defendants and Third- |
| (313) 961-0200 | Party Plaintiff |
| | (586)532-8560 |

Hurticene Hardaway(P25552)
Angela Williams(P35157)
DETROIT HOUSING COMMISSION
Attorneys for Third-Party Defendant
1301 E. Jefferson Ave.
Detroit, MI 48207
313-877-8774
_____/

ORDER OF DISMISSAL

This matter having come before the court by stipulation of the Third Parties on the third party complaint, the court being fully apprised of the premises:

**IT IS ORDERED**

The above cause of action as to the City of Detroit Housing Commission is DISMISSED WITH PREJUDICE.

This is the final pending matter and this order closes the case.

**SO ORDERED**

s/Lawrence P. Zatkoff<br>United States District Judge

Dated: June 27, 2007

S:\Zatkoff\Marie ECF\amac.stipulation and order of dismissal.wpd