**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

FIDELITY AND DEPOSIT COMPANY OF
MARYLAND in its own right and as subrogee and
assignee of various obligees and claimants,

      Plaintiff,

v.

A-MAC SALES & BUILDERS COMPANY, a
Michigan corporation, ANDREW G. MCLEMORE,
individually, and ANDREW G. MCLEMORE as
Personal Representative of the ESTATE OF
DOROTHY MCLEMORE,

      Defendants.

and

A-MAC SALES & BUILDERS COMPANY, a
Michigan corporation,

      Third-Party Plaintiff,

v.

THE CITY OF DETROIT HOUSING
COMMISSION, a Municipal corporation,

      Third-Party Defendant
_____/

Case No. 04-72643

Honorable Lawrence P. Zatkoff

Magistrate R. Steven Whalen

## SATISFACTION OF JUDGMENT

Plaintiff Fidelity and Deposit Company of Maryland acknowledges that the Judgment entered in its favor on December 14, 2006 has been fully satisfied. This satisfaction covers all judgments entered in favor of Fidelity and Deposit Company of Maryland in this case.

**KERR, RUSSELL AND WEBER, PLC**

By:    s/Mark M. Cunningham
      Mark M. Cunningham (P38408)
Attorneys for Plaintiff
500 Woodward Avenue, Suite 2500
Detroit, MI  48226
(313)961-0200
email:  mmc@krwlaw.com

Dated:  August 13, 2007

{22395\313\DT264154.DOC;1}